In the Matter of the Judicial Settlement of the Intermediate Account of HSBC BANK USA, N.A., as Trustee of the TRUST UNDER AGREEMENT DATED JANUARY 21, 1957, SEYMOUR H. KNOX, GRANTOR, FOR THE BENEFIT OF THE ISSUE OF SEYMOUR H. KNOX, III, FOR THE PERIOD JANUARY 21, 1957 TO NOVEMBER 3, 2005 AND NOVEMBER 4, 2005 TO JUNE 25, 2012.

HSBC BANK USA, N.A., Respondent; W.A. READ KNOX et al., Appellants, et al., Respondents.

Submitted April 17, 2017; decided June 8, 2017

1074

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.